A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF

2009 APR -1 AM 11: 13

BY DEPUTY CLERK

Michael Ezell

343050
Inmate (DOC) number

(Enter above the full name of each
plaintiff in this action.)

VERSUS

Major Joseph Hooker

Lt. Herbert

Katy Ard Social Worker

Cadet Franklin

(Enter above the full name of each
defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Public Safety and Corrections.

All copies of the complaint must be identical to the original.

The names of all parties must be listed in the caption and in part III of the complaint exactly

the same.

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 250.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.      Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( ) No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): _____

   _____

   Defendant(s): _____

   _____

2. Court (if federal court, name the district; if state court, name the parish):

   _____

   _____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

2

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):

_____

_____

6. Date of filing lawsuit: _____

7. Date of disposition: _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?

Yes ( )          No (X)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_____

_____

II.     Place of present confinement: _____

A. Is there a prisoner grievance procedure in this institution?
   Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. ARP# LS.P. 2008. 3501

2. What steps did you take? 1st and 2nd step. Both Denied

_____

_____

3. What was the result? Both Denied

_____

D. If your answer is No, explain why not: _____

_____

3

III.     Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) _Michael Ezell 343050_
   Address _Louisiana state prison Angola LA 70712_
In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant _Joseph Hooker_ is employed as _Major_ at _Louisiana State prison_

C. Additional Defendants: _Lt Herbert, Katy Aro social worker Cadet Franklin_

IV.     Statement of Claim

State here as briefly as possible the _facts_ of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 11-06-08 while maj Hooker was making Rounds on Tu-upper-D (Adm-seg) I stopped him And asked him for a clean Jump suit I had on for over 2-weeks and showed him a rip in the Crortch area of the Jumpsuit and tried to explain to him canteen was coming and I did not want to expose myself to the Females working the canteen and get write up. Major Hooker responed Fuck you Bitch left the teir returned momements later with Lt Herbert and at time I was sprayed in my Face with two cans of

4

of pepper Gas by Lt Herbert Two minutes later they both returned and maj. Hooker stated Bitch we going to get your mind right today Lt Herbert Said look Like he refused to come out the cell (I was never asked) Then maj Hooker said Bitch I'm calling the Cell Entry team

## V.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. To Be Compensated And defendents be displianed. And Charged with Crimanal Charges.

## VI.    Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 4th day of March, 200 9.

_Michael Egell_

Signature of plaintiff(s)

After they left the teir. I seen Social Worker KATY ArD. I declared myself an mental Health emergancy. She FlATlY refuse to come see me. After About 45 minutes The cell entry team Arrived. I explianed I Never refused to come out my cell. At that time I WAS Placed in restraints taken out my cell to the shower or keel Area. I WAS ordered to kneel Down At that time MAJor Hooker hit me with An electric shield. I WAS then taken out my restraints and ordered to Put on a clean JumPsuit. I then Asked for A shower to WASH off the PepperspraY I WAS refused by MAJor Hooker I WAS then took to A suicede cell. At that time I asked for my legal work, K.O.P eyedrops (KOP= Keep on Person) and toothbrush. MAJor Hooker then said Heres Your eyedrops Bitch and spraYed me in the eyes with Pepperspray. At that time my eyes become very blurred At that time I asked cadt Franklin to call for A E.m.T He said you On cadt Floyds teir Now. I Asked cadt Floyd. He stated MAJor Hooker gave orders for them not to call No one. Around Noow At P.ill call. sst HAmilton come to bring me my medication He seen that I WAS having A hard time seeing He told Cadt Franklin to get me my eyedrops and that he would call emt. Emt Came and I told him I could not see clear to fill out the Furm and he stated he would for me and Placed A pen in my hand and Placed it on the paper and asked me to sign it Then left. Cadt Franklin Never gave me my eyedrops around 4. oclock cadt Franklin come in my Booth with mail MAJor Hooker WAS mcking rounds and seen that cadt Fronklin WAS in my cell and come in and took the mail opened it seen A picture of my doughter and said I'm going to Fuck Your DAughter and Bitch then told cadt FRANKlin tear it up and throw it AWAY. MAJor Hooker then stated. A. Black men Now runs the Country I'll get AWAY with it. When the shift chanse the sst that took cadt Franklin Place seen All the orange gas in my hair and on my Jumpsuit he got the cadt to Let me shower and to be returned to my cell on the teir. All my legal work an eyedrops WAS Gone

After they left that room counselor Kayyard. I declared myself an mental Health emergancy. she flatly refuse to come see me. After About 45 minutes The cell entry team Arrived I explianed I never refused to come out my cell. At that time I was placed in restraints taken out my cell to the shower Area. I was ordered to kneel Down At that time MAJor Hooker hit me with an electric shield. I was taken out my restraints and ordered to put on a clean jumpsuit. I then asked for a shower to wash off the pepper spray spray I was refused by MAJor Hooker I was then took to A suiecde cell. At that time I asked for my legel work. K.O.P eyedrops (K.O.P= keep on person) and tooth brush mAJor Hooker then said Heres your eyedrops Bitch and sprayed me in the eyes with pepperspray. At that time my eyes became very blurred At that time I asked cadt Franklin to call for n E.m.t. He said you on cadt Floyds teir now. I Asked cadt Floyd He stated mAJor Hooker gave orders for them not to call no one. Around noon At Pill call Sst Hamilton came to bring me my medication He seen that I was having a hard time seeing He told cadt Franklin to get me my eyedrops and that he would call emt. Emt come and I told him I could not see clear to fill out the form and he stated he would for me and placed a pen in my hand and placed it on the paper and asked me to sign it Then left. cadt Franklin never gave me my eyedrops around 4. oclock cadt Franklin Come in my Booth with mail mAJor Hooker was making rounds and seen that cadt Franklin was in my cell and come in and took the mail opened it seen a picture of my daughter and said Im going to Fuck Your daughter Bitch then told cadt Fronklin tear it up and throw it Away. mAJor Hooker then stated A Black man now runs the Country Ill get Away with it. When the shift change the sst that took cadt Fronklin place seen all the orange gas in my hair and on my jumpsuit he got the capt to let me shower and to be returned to my cell on the teir All my legal work an eyedrops was Gone.

Mich
Louisiana State prison
CAMP-S Shark 1-L-7
Angola LA 70712

Clerk of Court
Middle District of Louisiana
777 Florida Street Ste 139
BAton Rouge LA 70801

SCREENE
OR
U.S. MARSH.

