# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

MICHAEL EZELL #343050     :      CIVIL ACTION

VERSUS     :      NUMBER 09-180-JVP-CN

JOSEPH HOOKER, ET AL     :      MAG. JUDGE NOLAND

**STATE OF LOUISIANA**
**PARISH OF EAST BATON ROUGE**

## A F F I D A V I T

BEFORE ME, the undersigned Notary, personally came and appeared

### RHONDA Z. WELDON

who, after being first duly sworn, did depose and say that:

She is employed as a Paralegal for the Department of Public Safety and Corrections, Legal Services, Office of the Secretary.

The attached pages are true and exact copies of the entire administrative proceedings, as maintained in the normal course of business by the Department of Public Safety and Corrections, regarding **ADMINISTRATIVE REMEDY PROCEDURE NO. LSP-2008-3501**, filed by Plaintiff, **MICHAEL EZELL, DOC #343050**, in connection with the above-captioned matter.



Blumberg No. 5118

EXHIBIT
1

The above is true and correct to the best of her information and belief.

RHONDA Z. WELDON

**SWORN TO AND SUBSCRIBED** before me, Notary, on this 28th day of May, 2009, at Baton Rouge, Louisiana.

WILLIAM L. KLINE
NOTARY PUBLIC
State of Louisiana
LA Bar #17009
My Commission expires at death

2

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: LSP-2008-3501

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: Ezell, Michael    343050                          LSP
    Inmate Name and Number                            Living Unit

Response to Request Dated 12/30/08, Received in this Office on 01/12/09:

Your request for an Administrative review of ARP# LSP-2008-3501 has been received. A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

We accept staff's position on the matter and can add nothing to make the issue any clearer. Your allegations are unfounded as it was explained to you at the first step. Therefore, the first step response prepared by the staff has been determined to be clear and concise and has thoroughly addressed your issues. There is no reason for Administrative Intervention.

Your request for relief is denied.

_____2/18/09_____                          _____Hendi Ramsay_____
        Date                                Secretary's Signature or His Designee

CASE NUMBER: LSP-2008-3501

## FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: Ezell, Michael 343050                    T.U. UPPER D
                                                 Living Quarters


Response to request dated 11/13/2008, received in this office on 11/13/2008

In your letter of complaint you allege that several requests for a jumpsuit led to belligerent behavior from several officers on November 6, 2008. Statements were received from Major Hooker, Lieutenant Hebert, Cadet Floyd, and Cadet Franklin denying your allegations. Major Hooker states that he has no knowledge of the accusations that are being made by you. He further states that he attached copies of both the Disciplinary Report and the Unusual Occurrence Report (for file only) that explains what took place on the date in question. Lieutenant Hebert states that he has no knowledge of the incident in question. He further states that he was not present at the time of the incident nor did he administer a Chemical Agent to you. Cadet Floyd states that at no time did you request to speak with Mental Health. He further states that if an inmate seeks Mental Health he immediately notifies his supervisor who then notifies Mental Health. Cadet Franklin states that at no time did you request for a replacement jumpsuit nor did you request to see a Social Worker. He further states that he is aware of the mail procedures and would never throw anyone's mail away. Major Hooker, Lieutenant Herbert, Cadet Floyd, and Cadet Franklin are all very professional officers who carry themselves in professional manners. You have failed to provide sufficient information to substantiate your claim. Therefore, your request for Administrative Remedy has been denied at this level.

Prepared by: _____
                Jimmy Smith/AW II/MP/TU/Trips

Approved by: _____
                Kevin Benjamin/AW II/Main Prison Complex

_____12/23/08_____                    _____
            Date                                      Unit Head


Instructions to Inmate: If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

(X) I am not satisfied with this response and wish to proceed to Step Two.

Reason: The Issue of My Medicated eye Drops taken from me is not addressed And the Issue of mail is false to I have proof and I also have a sign Afidavit by everyone on teir that heard my request for Jumpsc per plus the Chemical Agent was Abused in this case and Lt Herbert lied Check the time Clock and Book Singed to show he was on teir at the False report

_____12-30-08_____                    ____Mikel Ezell 343050____    Also Che
            Date                              Inmate's Signature   DOC#    sick cat
                                                                            sheet A's
                                                                            000423
                                                                            05.22.35

# Louisiana State Penitentiary
### Angola, Louisiana

## ARP Statement

ARP Number:___2008-3501_____    Date: December 17, 2008

Inmate's Names and Number:_____Michael Ezell #343050_____
In response to ARP 2008-3501, I Major Hooker has no knowledge of the
accusations made by Inmate Michael Ezell #343050. See attached Disciplinary
Report and Unusual Occurrence Report.

Signature of Officer:_____

Print Your Name: ____Joseph R. Hooker, Corrections Major_____

Date: December 17, 2008_____

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS

## UNUSUAL OCCURRENCE REPORT

| NAME | MICHAEL EZELL | NUMBER | 343050 | DORM | N/A | DATE OF INCIDENT | 11-06-08 | TIME | 9:05 AM |
|---|---|---|---|---|---|---|---|---|---|

| LOCATION OF INCIDENT | T/U UPPER D-TIER | | WITNESSES | N/A |
|---|---|---|---|---|

### TYPE OF INCIDENT -- CHECK APPROPRIATE BOX(ES)

| ASSAULT ON STAFF | | MAJOR DISTURBANCE | | ROOF SHAKEDOWN | | PROTECTION REQUESTED | | MAINTENANCE |
|---|---|---|---|---|---|---|---|---|
| AGG. SEX OFFENSE | | SEX OFFENSE | | SHIFT SHAKEDOWN | | VIOLENT DEATH | | REPAIR REQUEST |
| AGG. FIGHT | X | USE OF FORCE | | FRONT GATE SHAKEDOWN | | DEATH DUE TO ILLNESS | | FENCE INSPECTION |
| FIGHT | | MINOR DISTURBANCE | | MATTRESS SHAKEDOWN | | MENTAL HEALTH | | WEEKLY INSPECTION |
| ESCAPE | | SEARCH OF INMATE | | GROUNDS SHAKEDOWN | X | MEDICAL | | MONTHLY INSPECTION |
| CONTRABAND | | OTHER: | | | | | | |

___X__ CHEMICAL AGENTS USED          __X___ MECHANICAL RESTRAINTS USED

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, while making rounds on Upper D Tier, I Major Joseph Hooker observed Inmate Michael Ezell # 343050, with a white liquid substance in a cup. I then asked the Inmate what was in the cup. Inmate Ezell then responded by saying, "Suck my dick you are about to find out what is in this cup." I then ordered the Inmate to the bars to be restrained to retrieve the cup, the Inmate flatly refused and continued to use profane language towards me. I then left the tier and retrieved a can of Sabre Red irritant and returned to Inmate Ezell's cell. I again ordered the Inmate to surrender the cup, and he refused again. I was forced to administer a one second burst of the irritant into Inmate Ezell's cell. I again gave Inmate Ezell a direct order to give up the cup, and he refused again. I was forced again to administer yet another one second burst of the irritant. I then ordered the inmate to the bars, to no avail. I then exited the Tier and notified Control Center that I needed a Cell Entry Team to be activated to extract an Inmate from his cell. The team arrived on the unit shortly thereafter and proceeded down Upper D- Tier to Cell 4. The Team Leader then gave Inmate Ezell a direct order to come to the bars to be restrained. Inmate Ezell complied with all orders given and placed his hands through the food hatch in order to be restrained. Inmate Ezell was restrained and led to the shower where he refused to shower, but accepted a clean jumpsuit. Inmate Ezell was then placed in Upper Timeout Cell B where he was placed on House Arrest. Medical personnel as well as the Cell Entry Team saw inmate Ezell. Warden Smith and Colonel Sterling were notified of this incident. This is for your information and further handling.

Original:   Warden
Copy:       Deputy Warden
            Deputy Warden/Adm.
            Assist. Warden/Sec
            Assist. Warden/Trt.
            Colonel/Lt. Colonel
            Camp Major
            Legal Programs
            Investigations

Rev. 10/98

SIGNATURE OF REPORTING OFFICER

NAME   Joseph Hooker
TITLE   Corrections Master Sergeant
ASSIGNMENT TU B-Team

# Louisiana State Penitentiary
## Angola, Louisiana

# ARP Statement

**ARP Number:**___2008-3501_____               **Date:** December 17, 2008

**Inmate's Names and Number:**_____Michael Ezell #343050_____

In response to ARP 2008-3501, I Lieutenant Hebert has no knowledge of the incident that is mentioned in this ARP. At no time was I present on the Tier when Inmate Ezell was supposedly sprayed with a Chemical Agent, nor was I the person who administered it.

**Signature of Officer:**_____

**Print Your Name:**_____Gabriel Hebert, Corrections Lieutenant_____

Date: 12/17/08

# Louisiana State Penitentiary
## Angola, Louisiana

## ARP Statement

ARP Number:  2008-3501              Date: December 17, 2008

Inmate's Name and Number:  Michael Ezell # 343050

     In response to ARP 2008-3501 the accusations made by Inmate Michael Ezell # 353050 are false. At no time did Inmate Ezell inform me Cadet Lawrence Floyd that he needed to speak with a Social Worker. Anytime an inmate seeks Mental Health I immediately notify my supervisor, who then notifies a Social Worker.

Signature of Officer:  *CPT L. Floyd*

Print Your Name:      Lawrence Floyd, Corrections Cadet

Date: *12-18-08*

# Louisiana State Penitentiary
### Angola, Louisiana

## ARP Statement

ARP Number: 2008-3501 _____ Date: December 17, 2008 _____

Inmate's Name and Number: Michael Ezell # 343050 _____

    In response to ARP 2008-3501 the allegations made by Inmate Michael Ezell # 353050 are false. At no time did Inmate Ezell ask me, Cadet Franklin for a replacement jumpsuit, nor did he request to see a Social Worker. Also, I am aware of the mail policies and would never throw anyone's mail away. I do my best to fulfill any institutional related request an inmate makes. It is within my duty as an officer to make sure that inmates have proper clothing and the mental or medical attention that is needed.

Signature of Officer: _Rayshn Franklin_

Print Your Name: _____ Rayshon Franklin, Corrections Cadet _____

Date: _12-18-08_

0702                          RECEIVED                    2008-3501

MP WEST                    NOV 13 2008

                    Legal Programs Department **RECEIVED**

Warden Burl Cain                      NOV 12 2008
Administration Building      WARDEN'S OFFICE 11/10/2008
Angola  LA  70712

RE: This is a request for Administrative Remedy (ARP)

Warden Cain:

                              Facts

On Thurs. morning, Nov. 6, I stopped Major Hooker for the purpose of obtaining an appropriate jumpsuit because the one I had been issued at that time had several long rips in the seams and other places. I had made several requests to the tier officer (Cpt. Franklin) to get me a replacement jumpsuit and he ignored all of my requests.

While explaining to Maj. Hooker the problem with the jumpsuit, he became very belligerent towards me claiming that I always had a complaint about something and that he was going to do something about it so he wouldn't hear it from me anymore.

Lt. Hebert, who was present at the time, was told by Maj. Hooker to go and get a can of pepper spray because I was refusing to come out of the cell. I did not refuse to come out of the cell because I was never requested to be put in restraints for that purpose.

When he returned, Lt. Hebert did in fact spray me with the gas and Maj. Hooker stated that I didn't have to do a damn thing because he was calling the cell entry team which he proceeded

**ACCEPTED**

NOV 20 2008

ADMINISTRATIVE REMEDY PROCEDURE
LOUISIANA STATE PENITENTIARY

to do. It is noted here that at no time did I refuse any orders to be restrained, nor was I exhibiting any actions whatsoever that would justify the unnecessary use of the pepper spray.

Immediately after, I declared myself a mental health emergency and requested to speak with the social worker (Mrs. Katy) who was in the lobby area at the time. I am currently under the care and treatment of the mental health department. My request of Cdt. Franklin to speak with the social worker was denied. Cdt. Franklin said I didn't need a social worker.

Approximately 30 minutes later, several members of the cell entry team arrived on the unit. Security supervisor Groom, a member of the team, came to my cell and spoke to me about what was going on. After I explained to him that I was not refusing to come out of the cell, he then placed me in restraints and I was taken out of my cell. I requested to be given a shower to wash the pepper spray off of me and my request was refused. I was then relocated to the time-out cell in the lobby area of the unit.

Prior to exiting the tier, I requested that I be allowed to retain my (KOP) medicated eyedrops because the pepper spray was aimed at my eyes and I was never allowed a shower after the spray was used. My vision became blurry from the use of the spray and I was told by Maj. Hooker that I wasn't getting the eyedrops and I'd just have to suffer.

After being in the time-out cell for about an

hour, Maj. Hooker returned to the cell and again sprayed me with the gas and stated, "here's your eyedrops bitch." He again refused to allow me to shower and I was without vision resulting from the spray for well in excess of an hour. It was not until approximately 5 hours later that I received any medical attention and nearly 10 hours before I was allowed to shower.

Later in the day when the mail was given to Cdt. Franklin for distribution, Maj. Hooker was in the time-out cell area when Cdt. Franklin was bringing me a letter that was addressed to me. Maj. Hooker told Cdt. Franklin not to give me the letter and to tear it up and throw it in the trash. Cdt. Franklin then tore it into pieces and walked off with it. I personally heard Maj. Hooker tell Cdt. Franklin this because he was at the door entry to the time-out cell.

After Cdt. Franklin left the time-out cell entry, Maj. Hooker stated to me that he was going to kill me and fuck my daughter because he could get away with it because the black people now run the country.

Fearing for my own safety, I called the officer on "E" & "F" tier (Cdt. Floyd) and requested to see the social worker again. Officer Floyd told me that Maj. Hooker said I couldn't see anyone about anything. I explained to him that it was a serious matter and should not be disregarded. He stated that there was nothing he could do.

2.

## Complaint

1.) That the initial use of pepper spray by Lt. Hebert and the subsequent use of it by Maj Hooker was completely unnecessary and excessive as the circumstances of the incident did not warrant the use of any amount of force. Lt. Hebert and Maj. Hooker were both in violation of the institution policies regarding the use of chemical agents on inmates.

2.) The calling of the cell entry team was completely unnecessary and excessive as there were no instances of orders by any officer being refused by me to be restrained for exit from the cell.

3.) The denial of a shower and medical attention in a timely manner subsequent to the use of the chemical agent is a direct violation of the institution policies regarding use of the chemical agents and medical care.

4.) The purposeful and antagonistic behavior of Maj. Hooker and Lt. Hebert in the resolution of a simple request to be provided with an appropriate, untorn jumpsuit, amounted to circumstances that only aggravated an otherwise passive request for appropriate clothing.

5.) The tearing apart and disposal of my personal mail by Cdt. Franklin at Maj. Hooker's direction is in violation of the institution policies regarding the distribution and handling of inmate personal mail and property.

## Relief Sought

1.) That each and every allegation made in this complaint be thoroughly investigated and meaningful responses be given to each area of the complaint.

2.) That Lt. Hebert, Maj. Hooker and Cdt. Franklin each be issued employee disciplinary reports for the violation of institution policies as alleged in this complaint and the appropriate sanctions be imposed.

3.) That I be given all other relief deemed appropriate and necessary to which I may be entitled.

Michael Ezell
#343050
TU Upper D

5.

```
DATE: 05/29/09            DPS&C CORRECTIONS SERVICES              CINQTRN
TIME: 10:41:14050     CAJUN II - TRANSFER RECORD INQUIRY    SCREEN 1   OF   4

EZELL MICHAEL              W/M   DOC#:   00343050   SID#:   001473777
ASGN LOC:   6400-LA STATE PEN          PHYS LOC:   6400-LA STATE PEN

        ASSIGNED              PHYSICAL           REASON      FROM
        LOCATION              LOCATION            CODE       DATE

 _   OAS/SOUTH JAILS       E. BATON ROUGE PP       A101     19940613
 _   HUNT RECEPTION AND D  HUNT RECEPTION AND D    A401     19940816
 _   C PAUL PHELPS CORR C  C PAUL PHELPS CORR C    A401     19940906
 _   DCI/BLUE WALTERS      DCI/BLUE WALTERS        A411     19941107
 _   DIXON CORR INST       DIXON CORR INST         A402     19941215
 _   BATON ROUGE DISTRICT  BATON ROUGE DISTRICT    G301     19950102
 _   BATON ROUGE DISTRICT  RELEASE                 G202     19951002
 _   OAS/SOUTH JAILS       E. BATON ROUGE PP       A101     19981109
 _   HUNT RECEPTION AND D  HUNT RECEPTION AND D    A401     19990105
 _   J LEVY DABADIE CORRE  J LEVY DABADIE CORRE    A401     19990119


 F2=MENU   F3=ROLL BACKWARD   F4=ROLL FORWARD   F5=STATUS INQUIRY   F6=CAJ1 TRNS
            F7=RESORT IN DESCENDING ORDER     F8=CADDTRN    F9=CMODTRN
       TAB TO THE APPROPRIATE LINE AND XMIT TO  DISPLAY   TRANSFER RECORD
```

```
DATE: 05/29/09            DPS&C CORRECTIONS SERVICES              CINQTRN
TIME: 10:41:14050     CAJUN II - TRANSFER RECORD INQUIRY    SCREEN  2 OF   4

EZELE, MICHAEL              W/M   DOC#:   00343050   SID#:   001473777
ASGN LOC:   6400-LA STATE PEN          PHYS LOC:   6400-LA STATE PEN

         ASSIGNED              PHYSICAL          REASON    FROM
         LOCATION              LOCATION           CODE     DATE

   DIXON CORR INST       DIXON CORR INST          A411   19990621
_  BATON ROUGE DISTRICT  BATON ROUGE DISTRICT     G301   19990829
_  BATON ROUGE DISTRICT  E. BATON ROUGE PP        G603   20000518
_  OAS/SOUTH JAILS       E. BATON ROUGE PP        A305   20000613
_  OAS/SOUTH JAILS       LASALLE CORRECTIONAL     A402   20000703
_  OAS/SOUTH JAILS       CATAHOULA CORR. CENT     A402   20000703
_  OAS/SOUTH JAILS       E. BATON ROUGE PP        A402   20000831
_  BATON ROUGE DISTRICT  U.S. MARSHAL             G302   20001111
_  OAS/SOUTH JAILS       E. BATON ROUGE PP        A305   20010220
_  HUNT RECEPTION AND D   HUNT RECEPTION AND D    A401   20010403


F2=MENU  F3=ROLL BACKWARD  F4=ROLL FORWARD  F5=STATUS INQUIRY  F6=CAJ1 TRNS
          F7=RESORT IN DESCENDING ORDER    F8=CADDTRN   F9=CMODTRN
     TAB TO THE APPROPRIATE LINE AND XMIT TO   DISPLAY   TRANSFER RECORD
```

```
DATE: 05/29/09              DPS&C CORRECTIONS SERVICES                 CINQTRN
TIME: 10:41:14050     CAJUN II - TRANSFER RECORD INQUIRY      SCREEN   3 OF   4

EZELL  MICHAEL                   W/M   DOC#:   00343050   SID#:   001473777
ASGN LOC:   6400-LA STATE PEN              PHYS LOC:   6400-LA STATE PEN

          ASSIGNED                 PHYSICAL               REASON     FROM
          LOCATION                 LOCATION               CODE       DATE

  __  LA STATE PEN           LA STATE PEN             A401    20010604
  __  LA STATE PEN           BATON ROUGE CHARITY      A601    20020126
  __  LA STATE PEN           LA STATE PEN             A651    20020127
  __  LA STATE PEN           E. BATON ROUGE PP        A602    20021219
  __  LA STATE PEN           LA STATE PEN             A652    20021220
  __  LA STATE PEN           E. BATON ROUGE PP        A602    20040120
  __  LA STATE PEN           LA STATE PEN             A652    20040210
  __  LA STATE PEN           FELICIANA FORENSIC F     A602    20040707
  __  SOUTH ADULT SERVICES   FELICIANA FORENSIC F     A602    20040816
  __  OAS/SOUTH JAILS        E. BATON ROUGE PP        A652    20040909

F2=MENU   F3=ROLL BACKWARD   F4=ROLL FORWARD   F5=STATUS INQUIRY   F6=CAJ1 TRNS
           F7=RESORT IN DESCENDING ORDER     F8=CADDTRN    F9=CMODTRN
      TAB TO THE APPROPRIATE LINE AND XMIT TO   DISPLAY   TRANSFER RECORD
```

```
DATE: 05/29/09              DPS&C CORRECTIONS SERVICES                    CINQTRN
TIME: 10:41:14050      CAJUN II - TRANSFER RECORD INQUIRY      SCREEN   4 OF   4

EZELL MICHAEL                    W/M   DOC#:   00343050   SID#:   001473777
ASGN LOC:   6400-LA STATE PEN            PHYS LOC:   6400-LA STATE PEN

          ASSIGNED                PHYSICAL            REASON     FROM
          LOCATION                LOCATION             CODE      DATE

  _   HUNT RECEPTION AND D    HUNT RECEPTION AND D     A411    20041013
  _   LA STATE PEN            LA STATE PEN             A401    20041115
  _   LA STATE PEN            E. BATON ROUGE PP        A602    20041207
  _   LA STATE PEN            LA STATE PEN             A652    20041214
  _   HUNT RECEPTION AND D    HUNT RECEPTION AND D     A413    20060808
  _   ELAYN HUNT CORR CTR     ELAYN HUNT CORR CTR      A411    20060911
  _   LA STATE PEN            LA STATE PEN             A411    20070529

F2=MENU  F3=ROLL BACKWARD  F4=ROLL FORWARD  F5=STATUS INQUIRY  F6=CAJ1 TRNS
         F7=RESORT IN DESCENDING ORDER      F8=CADDTRN    F9=CMODTRN
     TAB TO THE APPROPRIATE LINE AND XMIT TO   DISPLAY   TRANSFER RECORD
```

```
DATE: 05/29/09          DPS&C CORRECTIONS SERVICES              CINQMAS
TIME: 10:41:14050      CAJUN II - MASTER RECORD INQUIRY      SCREEN 1 OF 3
                        P E R S O N A L   D A T A
LAST NAME...:  EZELL              FIRST..:  MICHAEL          MI:   W
SUFFIX......:                     ADDRESS:  5565 HALSEY STREET
CITY........:  BATON ROUGE        STATE..:  LA    ZONECODE:
ZIPCODE.....:                     PHONE.....:  (225) 775-4860
RACE........:  WHITE              SEX.......:  MALE
BIRTH DATE..:  10/28/1971         BIRTH CITY:  BATON ROUGE
BIRTH STATE.:  LOUISIANA          DOC NUMBER:  00343050
CVNR........:   DNA: Y TEST DATE:   02042002   STRIKE:   NO
TRANSFER DATE:  05/29/2007   SUPV:  A    REASON...:  ADMN
ASSIGNED LOC.:  LA STATE PEN          PHYS. LOC:  LA STATE PEN
DETAINER..:  FEDERAL      NCIC FLASH:   NO    WARRANT..:
TOTAL DOC....:  LIFE                  GT DATE..:  NOT ELIGIB
FTD DATE.....:  LIFE SENT             GT ACT...:  ACT1099
DS DATE......:  NONE        ( GTPS )  P&P MAX..:
PAROLE ELG DT:  NOT ELIGIB            PROB EXP.:
EMER CONTACT.:  JUDY EZELL            PHONE....:  (225) 775-4860
STATUS:   ACTIVE ONLINE      ALIAS:  YES    AGENT:  PETE      FREMIN
PRECLASS STATUS:  R     XMIT FROM HERE->
F2=RETURN TO MENU  F3=PREV.SCREEN  F4=CINQPRE   F5=CINQALIAS F6=COFNPRO F7=STRIKE
```

```
DATE: 05/29/09            DPS&C CORRECTIONS SERVICES              CINQMAS
TIME: 10:41:14050      CAJUN II - MASTER RECORD INQUIRY        SCREEN 2 OF 3

EZELL  MICHAEL W W/M    DOC:   00343050   SID:    001473777
                             D E S C R I P T I O N
HEIGHT:   5`11       WEIGHT....:   230           EYES.....:   BROWN
HAIR..:   BLACK      COMPLEXION:   FAIR/LIGHT    SHOE SIZE:   120
IDENTIFING MARK/INFIRMITY.1:    TAT L HND    LITERAL:    MOM
IDENTIFING MARK/INFIRMITY.2:    TAT L ARM    LITERAL:    HEART W MWE
IDENTIFING MARK/INFIRMITY.3:                 LITERAL:    MULTIPLE TATTOO
IDENTIFING MARK/INFIRMITY.4:                 LITERAL:
IDENTIFING MARK/INFIRMITY.5:                 LITERAL:

                         C A S E    I N F O R M A T I O N
DETAINER DATE:    03/23/01           WARRANT DATE..:
LAST CONTACT.:                       SPECIAL CASE..:   NO
CUST/SUP LVL.:   WARRANT/ABSCOND     OFFENDER CLASS:   03
BEGIN CURFEW.:   0000                END CURFEW....:   0000
VIOLENT SEX PREDATOR.:   NO    (AS DESCRIBED IN ACT 1147)
POTENTIAL PREDATOR-HRSP.(PP):        KNOWN PREDATOR.(KP):
POTENTIAL VICTIM-HRSV...(PV):        KNOWN VICTIM...(KV):
                         XMIT FROM HERE->
```

```
DATE: 05/29/09            DPS&C CORRECTIONS SERVICES              CINQMAS
TIME: 10:41:14050      CAJUN II - MASTER RECORD INQUIRY      SCREEN 3 OF 3

EZELL, MICHAEL W W/M   DOC:   00343050   SID:   001473777

                 M I S C E L L A N E O U S   I N F O R M A T I O N
JSEP GRADUATE...:                    WORK REL ELG DTE:
SEC.THREAT GROUP:
HEALTH..........:    GOOD            RELIGION........:   CATHOLIC
MARITAL STATUS..:    SINGLE          CHILDREN........:   01
SOCIAL SECURITY.:    433050675       DRV. LICENSE....:   00000006879387
LICENSE STATE...:    LA              FBI NUMBER......:   244099PA0
CITIZEN.........:    YES             MILITARY SERVICE:
MILITARY RANK...:                    TYPE DISCHARGE..:
OCCUPATION......:    OPERATOR; BOATS, FERRY, DECKHAND
UPDATE DATE.....:    06/01/07        UPDATE USER.....:   TESSIE COOLEY
SSN VERIFIED....:

MAILING ADDRESS.:   5565 HALSEY STREET
CITY............:   BATON ROUGE          STATE: LA   ZIPCODE:  70811
                            XMIT FROM HERE->
                F2=RETURN TO MENU          F3=PREVIOUS SCREEN
```

## ADMINISTRATIVE REMEDY PROCEDURE & PROPERTY CLAIMS

## INPUT SCREEN

CASE NUMBER: LSP-2008-3501
EVACUEE:

DOC #: 343050          BACKLOG:
LAST NAME: Ezell          FIRST NAME: Michael
RECORD TYPE: A      SUBJECT CODE: 0702 - USE OF CHEMICAL AGENT
INCIDENT DATE: 11-10-2008   SUBJECT TYPE :
LSP RESPONDENT: MP West Warden

LSP HOUSING: MP WEST

|         | DATE RECEIVED | ACCEPTED DATE | DISPOSITION DATE | DISPOSITION CODE |
|---------|---------------|---------------|------------------|------------------|
| STEP 1: | 11/13/2008    | 11/20/2008    | 12/23/2008       | 02-Denied        |
| STEP 2: | 01/12/2009    | 01/12/2009    | 02/18/2009       | 02-Denied        |

COMPLAINT: FINAL - Inmate says that Mjr. Hooker sprayed him down with Mace and destroyed his mail for no reason.
IF REJECTED REASON:

FILED SUIT:    DATE FILED:
EMPLOYEE NUMBER:  5 - Gayle

11/13/2008

11/13/2008