DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS

# UNUSUAL OCCURRENCE REPORT

| NAME | MICHAEL EZELL | NUMBER | 343050 | DORM | N/A | DATE OF INCIDENT | 11-06-08 | TIME | 9:05 AM |
|---|---|---|---|---|---|---|---|---|---|

| LOCATION OF INCIDENT | T/U UPPER D-TIER | WITNESSES | N/A |
|---|---|---|---|

## TYPE OF INCIDENT -- CHECK APPROPRIATE BOX(ES)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ASSAULT ON STAFF | | MAJOR DISTURBANCE | | ROOF SHAKEDOWN | | PROTECTION REQUESTED | | MAINTENANCE |
| | AGG. SEX OFFENSE | | SEX OFFENSE | | SHIFT SHAKEDOWN | | VIOLENT DEATH | | REPAIR REQUEST |
| | AGG. FIGHT | X | USE OF FORCE | | FRONT GATE SHAKEDOWN | | DEATH DUE TO ILLNESS | | FENCE INSPECTION |
| | FIGHT | | MINOR DISTURBANCE | | MATTRESS SHAKEDOWN | | MENTAL HEALTH | | WEEKLY INSPECTION |
| | ESCAPE | | SEARCH OF INMATE | | GROUNDS SHAKEDOWN | X | MEDICAL | | MONTHLY INSPECTION |
| | CONTRABAND | | OTHER: | | | | | | |

__X__ CHEMICAL AGENTS USED          __X__ MECHANICAL RESTRAINTS USED

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, while making rounds on Upper D Tier, I Major Joseph Hooker observed Inmate Michael Ezell # 343050, with a white liquid substance in a cup. I then asked the Inmate what was in the cup. Inmate Ezell then responded by saying, "Suck my dick you are about to find out what is in this cup." I then ordered the Inmate to the bars to be restrained to retrieve the cup, the Inmate flatly refused and continued to use profane language towards me. I then left the tier and retrieved a can of Sabre Red irritant and returned to Inmate Ezell's cell. I again ordered the Inmate to surrender the cup, and he refused again. I was forced to administer a one second burst of the irritant into Inmate Ezell's cell. I again gave Inmate Ezell a direct order to give up the cup, and he refused again. I was forced again to administer yet another one second burst of the irritant. I then ordered the inmate to the bars, to no avail. I then exited the Tier and notified Control Center that I needed a Cell Entry Team to be activated to extract an Inmate from his cell. The team arrived on the unit shortly thereafter and proceeded down Upper D- Tier to Cell 4. The Team Leader then gave Inmate Ezell a direct order to come to the bars to be restrained. Inmate Ezell complied with all orders given and placed his hands through the food hatch in order to be restrained. Inmate Ezell was restrained and led to the shower where he refused to shower, but accepted a clean jumpsuit. Inmate Ezell was then placed in Upper Timeout Cell B where he was placed on House Arrest. Medical personnel as well as the Cell Entry Team saw inmate Ezell. Warden Smith and Colonel Sterling were notified of this incident. This is for your information and further handling.

Original:     Warden
Copy          Deputy Warden
              Deputy Warden/Adm.
              Assist. Warden/Sec
              Assist. Warden/Trt.
              Colonel/Lt. Colonel
              Camp Major
              Legal Programs
              Investigations

Rev.10/98

SIGNATURE OF REPORTING OFFICER

NAME   Joseph Hooker
TITLE   Corrections Master Sergeant
ASSIGNMENT TU B-Team

EXHIBIT
3
Blumberg No. 5118