UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL EZELL<br>DOC# 343050 | : | CIVIL ACTION |
| | : | NUMBER 09-180-JVP-CN |
| VERSUS | | |
| | : | JUDGE PARKER |
| JOSEPH HOOKER, ET AL. | : | MAGISTRATE JUDGE NOLAND |

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF EAST FELICIANA

**BEFORE ME**, the undersigned notary public, duly qualified in and for the State of Louisiana, Parish of East Feliciana, personally came and appeared

### GABRIEL HEBERT

who, after being sworn, did depose and state:

1.

I am employed by the State of Louisiana, Department of Public Safety & Corrections (DPS&C) as a correctional law enforcement officer, having achieved the rank of lieutenant at Louisiana State Penitentiary (LSP). I have been employed as a correctional officer for the past __6__ years.

2.

I am aware of plaintiff, Michael Ezell, DOC # 343050, because he is one of the LSP prisoners under my custody and care. Prison authorities have advised me that on or about November 6, 2008, this plaintiff was housed in

EXHIBIT "B"

administrative segregation on Upper D Tier at Upper Cell # 4 due to past disciplinary reasons.

3.

I have since learned that the plaintiff has filed a lawsuit with this Court as to events that occurred at this location on or about November 6, 2008, at about 9:05 a.m. I am further aware that this plaintiff had also previously filed a prison grievance against me under LSP- 2008-3501. I have personally reviewed the plaintiff's allegations against me in both this prison grievance as well as the present lawsuit, and I personally attest to the Court that I have no knowledge of the events described therein against me by this plaintiff.

4.

On or about November 6, 2008, at approximately 9:05 a.m., I further represent that at no time was I physically present on the upper D Tier at Upper Cell # 4 when the plaintiff alleges he was sprayed with a chemical agent nor did I at any time spray the plaintiff with a chemical agent.

5.

I neither have any personal knowledge of this entire incident as relayed to the Court in the plaintiff's pending lawsuit, nor was I ever personally involved therein with this plaintiff on this date, time and place.

Under penalty of perjury, I have read the foregoing factual allegations, and represent to this Court that they are true and correct to the best of my

personal knowledge, information and belief.

_H Gabriel Hebert_

LT. GABRIEL HEBERT
LOUISIANA STATE PENITENTIARY


**SWORN TO AND SUBSCRIBED** before me on this __5__ day of

February, 2010, in __Angola__, Louisiana.

_Tara Bonnette_

*EX OFFICIO* NOTARY PUBLIC
(SIGNATURE)

__TARA Bonnette__

*EX OFFICIO* NOTARY PUBLIC
(PRINTED NAME)


ADDRESS: _____