# ADMINISTRATIVE REMEDY PROCEDURE & PROPERTY CLAIMS

## INPUT SCREEN

CASE NUMBER: LSP-2008-3501
EVACUEE:

DOC #: 343050   BACKLOG:
LAST NAME: Ezell   FIRST NAME: Michael
RECORD TYPE: A   SUBJECT CODE: 0702 - USE OF CHEMICAL AGENT
INCIDENT DATE: 11-10-2008   SUBJECT TYPE:
LSP RESPONDENT: MP West Warden

LSP HOUSING: MP WEST

|  | DATE RECEIVED | ACCEPTED DATE | DISPOSITION DATE | DISPOSITION CODE |
|---|---|---|---|---|
| STEP 1: | 11/13/2008 | 11/20/2008 | 12/23/2008 | 02-Denied |
| STEP 2: | 01/12/2009 | 01/12/2009 | 02/18/2009 | 02-Denied |

COMPLAINT: FINAL – Inmate says that Mjr. Hooker sprayed him down with Mace and destroyed his mail for no reason.
IF REJECTED REASON:

FILED SUIT:   DATE FILED:
EMPLOYEE NUMBER:  5 - Gayle

11/13/2008

11/13/2008



EXHIBIT "C"