FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

ORM 06/03/2009

TO: Ezell, Michael 343050          T.U. UPPER D
                                    Living Quarters

Response to request dated 11/13/2008, received in this office on 11/13/2008

In your letter of complaint you allege that several requests for a jumpsuit led to belligerent behavior from several officers on November 6, 2008. Statements were received from Major Hooker, Lieutenant Hebert, Cadet Floyd, and Cadet Franklin denying your allegations. Major Hooker states that he has no knowledge of the accusations that are being made by you. He further states that he attached copies of both the Disciplinary Report and the Unusual Occurrence Report (for file only) that explains what took place on the date in question. Lieutenant Hebert states that he has no knowledge of the incident in question. He further states that he was not present at the time of the incident nor did he administer a Chemical Agent to you. Cadet Floyd states that at no time did you request to speak with Mental Health. He further states that if an inmate seeks Mental Health he immediately notifies his supervisor who then notifies Mental Health. Cadet Franklin states that at no time did you request for a replacement jumpsuit nor did you request to see a Social Worker. He further states that he is aware of the mail procedures and would never throw anyone's mail away. Major Hooker, Lieutenant Herbert, Cadet Floyd, and Cadet Franklin are all very professional officers who carry themselves in professional manners. You have failed to provide sufficient information to substantiate your claim. Therefore, your request for Administrative Remedy has been denied at this level.

Prepared by: _____
              Jimmy Smith/AW II/MP/TU/Trps

Approved by: _____
              Kevin Benjamin/AW II/Main Prison Complex

_____
12/23/08
Date

_____
Unit Head

Instructions to Inmate: If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

[X] I am not satisfied with this response and wish to proceed to Step Two.

Reason: The Issue of My Medicated eye Drops taken from me is not addressed And the Issue of mail is false to I have proof and I also have a sign Affidavit by Everyone on teir that heard my request for Jumpsuit plus the Chemical Agent was Abused in this case and Lt Herbert lied Check the time Clock and Book Singed to show he was on teir at the FAlse report Also Chk Sick Call Sheet A's

12-30-08                    Michael Ezell 343050
Date                        Inmate's Signature · DOC#

000423
05-22-35

EXHIBIT
"D"