0702 · RECEIVED · 2008-3501

NOV 13 2008

MP WEST

Legal Programs Department **RECEIVED**

NOV 12 2008

WARDEN'S OFFICE 11/10/2008

Warden Burl Cain
Administration Building
Angola LA 70712

RE: This is a Request for Administrative Remedy (ARP)

Warden Cain:

### Facts

On Thurs. morning, Nov. 6, I stopped Major Hooker for the purpose of obtaining an appropriate jumpsuit because the one I had been issued at that time had several long rips in the seams and other places. I had made several requests to the tier officer (Cpt. Franklin) to get me a replacement jumpsuit and he ignored all of my requests.

While explaining to Maj. Hooker the problem with the jumpsuit, he became very belligerent towards me claiming that I always had a complaint about something and that he was going to do something about it so he wouldn't hear it from me anymore.

Lt. Hebert, who was present at the time, was told by Maj. Hooker to go and get a can of pepper spray because I was refusing to come out of the cell. I did not refuse to come out of the cell because I was never requested to be put in restraints for that purpose.

When he returned, Lt. Hebert did in fact spray me with the gas and Maj. Hooker stated that I didn't have to do a damn thing because he was calling the cell entry team which he proceeded



**EXHIBIT**
"E"

**ACCEPTED**

NOV 20 2008

ADMINISTRATIVE REMEDY PROCEDURE
LOUISIANA STATE PENITENTIARY

to do. It is noted here that at no time did I refuse any orders to be restrained, nor was I exhibiting any actions whatsoever that would justify the unnecessary use of the pepper spray.

Immediately after, I declared myself a mental health emergency and requested to speak with the social worker (Mrs. Katy) who was in the lobby area at the time. I am currently under the care and treatment of the mental health department. My request of Cdt. Franklin to speak with the social worker was denied. Cdt. Franklin said I didn't need a social worker.

Approximately 30 minutes later, several members of the cell entry team arrived on the unit. Security supervisor Groom, a member of the team, came to my cell and spoke to me about what was going on. After I explained to him that I was not refusing to come out of the cell, he then placed me in restraints and I was taken out of my cell. I requested to be given a shower to wash the pepper spray off of me and my request was refused. I was then relocated to the time-out cell in the lobby area of the unit.

Prior to exiting the tier, I requested that I be allowed to retain my (KOP) medicated eyedrops because the pepper spray was aimed at my eyes and I was never allowed a shower after the spray was used. My vision became blurry from the use of the spray and I was told by Maj. Hooker that I wasn't getting the eyedrops and I'd just have to suffer.

After being in the time-out cell for about an

hour, Maj. Hooker returned to the cell and again sprayed me with the gas and stated, "here's your eyedrops bitch." He again refused to allow me to shower and I was without vision resulting from the spray for well in excess of an hour. It was not until approximately 5 hours later that I received any medical attention and nearly 10 hours before I was allowed to shower.

Later in the day when the mail was given to Cdt. Franklin for distribution, Maj. Hooker was in the time-out cell area when Cdt. Franklin was bringing me a letter that was addressed to me. Maj. Hooker told Cdt. Franklin not to give me the letter and to tear it up and throw it in the trash. Cdt. Franklin then tore it into pieces and walked off with it. I personally heard Maj. Hooker tell Cdt. Franklin this because he was at the door entry to the time-out cell.

After Cdt. Franklin left the time-out cell entry, Maj. Hooker stated to me that he was going to kill me and fuck my daughter because he could get away with it because the black people now run the country.

Fearing for my own safety, I called the officer on "E" + "F" tier (Cdt. Floyd) and requested to see the social worker again. Officer Floyd told me that Maj. Hooker said I couldn't see anyone about anything. I explained to him that it was a serious matter and should not be disregarded. He stated that there was nothing he could do.

ORM 06/03/2009

ORM 06/03/2009

## Complaint

1.) That the initial use of pepper spray by Lt. Hebert and the subsequent use of it by Maj Hooker was completely unnecessary and excessive as the circumstances of the incident did not warrant the use of any amount of force. Lt. Hebert and Maj. Hooker were both in violation of the institution policies regarding the use of chemical agents on inmates.

2.) The calling of the cell entry team was completely unnecessary and excessive as there were no instances of orders by any officer being refused by me to be restrained for exit from the cell.

3.) The denial of a shower and medical attention in a timely manner subsequent to the use of the chemical agent is a direct violation of the institution policies regarding use of the chemical agents and medical care.

4.) The purposeful and antagonistic behavior of Maj. Hooker and Lt. Hebert in the resolution of a simple request to be provided with an appropriate, untorn jumpsuit, amounted to circumstances that only aggravated an otherwise passive request for appropriate clothing.

5.) The tearing apart and disposal of my personal mail by Cdt. Franklin at Maj. Hooker's direction is in violation of the institution policies regarding the distribution and handling of inmate personal mail and property.

## <u>Relief Sought</u>

1.) That each and every allegation made in this complaint be thoroughly investigated and meaningful responses be given to each area of the complaint.

2.) That Lt. Hebert, Maj. Hooker and Cdt. Franklin each be issued employee disciplinary reports for the violation of institution policies as alleged in this complaint and the appropriate sanctions be imposed.

3.) That I be given all other relief deemed appropriate and necessary to which I may be entitled.

Michael Ezell
# 343050
TU Upper D